UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MARCUS BUSH,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY SHERIFF'S OFFICE,<br><br>Defendant. | No. 2:16-cv-2844 WBS AC P<br><br><br><br>ORDER |

    Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison (or, in this case, county jail) trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is denied without prejudice;

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed in Forma Pauperis By a Prisoner;

3. Plaintiff shall, within thirty days from the filing date of this order, submit: (1) a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; and (2) a certified copy of his prison (or jail) trust account statement for the six-month period immediately preceding the filing of the complaint.

4. Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: December 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE